*OFFUT'S HEIRS* vs. *ROBERTS.*

APPEAL from the court of the sixth district.

The appeal is to be dismissed, if the record be not filed on the return day.

PORTER, J. delivered the opinion of the court. The appeal was granted, returnable on the 1st day of September term, 1822, and it

West'n District has been filed on the first day of the present
*Sept.* 1823.
term. In a case, similarly circumstanced, we
OFFUT'S HEIRS have just decided, under the provisions of the
*vs.*
ROBERTS. act, regulating the mode of bringing up causes
to the court, that the appeal ought to be dismis-
sed—this requires the same judgment—2 *Mar-
tin's Digest,* 442, *no.* 6.

It is therefore ordered, adjudged and de-
creed, that the appeal be dismissed with costs.

*Baldwin* for the plaintiffs, *Thomas* for the
defendant.